CAMPBELL v. BOARD OF EDUCATION OF
     CATAWBA COUNTY

No. 607P85.

Case below: 76 N.C. App. 495.

Petition by plaintiff for discretionary review under G.S.
7A-31 denied 7 January 1986.

CANDID CAMERA VIDEO v. MATHEWS

No. 637P85.

Case below: 76 N.C. App. 634.

Petition by defendants and third-party plaintiff-appellees for
discretionary review under G.S. 7A-31 denied 7 January 1986.

ELMORE v. BROUGHTON HOSPITAL

No. 636P85.

Case below: 76 N.C. App. 582.

Petition by defendant for discretionary review under G.S.
7A-31 denied 7 January 1986.

IN RE TERRY

No. 726PA85.

Case below: 76 N.C. App. 529.

Petition by Sandra K. Kinder for writ of certiorari to the
North Carolina Court of Appeals allowed 7 January 1986.

LESSARD v. LESSARD

No. 663A85.

Case below: 77 N.C. App. 97.

Petition by defendant for discretionary review under G.S.
7A-31 allowed as to additional issues 7 January 1986.